UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF:                                    CASE NO.: 06-10637

SCOTT DWAIN COWART and
NICOLE PARSONS COWART
DEBTORS                                              CHAPTER 13

U.S. BANK, N.A.
MOVER

## MOTION FOR EX PARTE RELIEF

This motion of U.S. BANK, N.A. ("U.S. BANK"), Mover herein, respectfully represents that:

1.

Mover filed a Motion for Relief from Stay on January 16, 2007, which came for hearing on February 14, 2007. MOVER and DEBTOR, through their attorneys of record agreed to an Adequate Protection Order. The order was filed into the docket on March 12, 2007.

2.

The Adequate Protection Order, attached hereto as Exhibit "A", states that in the event the DEBTOR fails to pay any future monthly payment commencing with the April 1, 2007 post petition payment within 30 days of it due date, Debtors agree that Mover, upon notice to the Debtors and Debtors' counsel and presentation of an affidavit of default, may obtain an ex parte order granting relief from the automatic stay.

3.

Debtors is due for the January, 2009 through and including May, 2009 post petition payments in the amount of $3,159.94, which includes attorney fees and cost in the amount of

$200.00 for the preparation of this Motion and $685.00 in suspense deducted as is shown and verified by the contents of the Affidavit of Default, attached hereto as Exhibit "B".

4.

Debtors' counsel was sent a Notice of Default letter by certified mail on May 13, 2009 stating that the Debtors is delinquent for the January, 2009 through and including May, 2009 post petition payments, which is attached hereto as Exhibit "C".

WHEREFORE, MOVER PRAYS that Court enter an Ex Parte Order Lifting the Automatic Stay as allowed and authorized by that Adequate Protection Order filed of record an March 12, 2007.

Respectfully Submitted,

THE BOLES LAW FIRM
1818 Avenue of America
P.O. Drawer 2065
Monroe, LA 71207-2065
(318) 388-4050

By: /s/ Jacob S. Edwards
    Jacob S. Edwards, (#30492)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF:                                         CASE NO. 06-10637

SCOTTY DWAIN COWART
NICOLE PARSONS COWART
DEBTORS
                                                          CHAPTER 13

## *ADEQUATE PROTECTION ORDER*

Considering the Motion to Lift Stay filed on behalf of U.S. BANK, N.A. ("MOVER"); the agreement of MOVER and DEBTORS, through their attorneys of record, as indicated by their respective signatures; and the DEBTORS agreement that the total post-petition reinstatement amount is $596.20.

IT IS ORDERED that DEBTORS have filed a "Mendoza" modification to provide for post-petition arrears in the amount of **$596.20** for a portion of the March, 2007 payment, late charge, attorney fees and court costs of $500.00.

IT IS FURTHER ORDERED that, in the event the DEBTORS fail to take the action set forth in Paragraph 1 or to make any future monthly payment, commencing with the **April, 2007,** payment, within 30 days of its due date or should any check be returned "NSF," upon the submission to the Court of an affidavit of default from MOVER and notice to the DEBTOR, MOVER may obtain an ex parte order granting an abandonment and relief from the automatic stay presently in effect pursuant to 11 U.S.C. Section 362 with regard to this Chapter 13 proceeding, allowing MOVER to foreclose on its security interest in the following described property located in East Baton Rouge Parish, Louisiana and if necessary, to evict DEBTOR from said property:

ONE (1) CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, situated in that subdivision of the Parish of EAST BATON ROUGE, State of Louisiana, known as CARMEL ACRES, SECOND FILING, and being designated on the official subdivision map, on file and of record in the office of the Clerk and Recorder for the parish and state as LOT 118, said subdivision, said lot having such measurements and dimensions as shown on said map.

Improvements thereon bear Municipal Address No.10825 Big Sur Drive, Baton Rouge, LA 70818.

Baton Rouge, Louisiana, March 12, 2007.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

SUBMITTED BY:

_/s/ D. Clay Wirtz_____
D. Clay Wirtz (#22687)
Attorney for Mover
The Boles Law Firm
P. O. Drawer 2065
Monroe, LA 71207-2065


_/s/ A. Kip Wall_____
A. Kip Wall, Esq.
Attorney for Debtors
855 North Blvd.
Baton Rouge, LA 70802

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF: CASE NO. 06-10637

CHAPTER 13

SCOTTY DWAIN COWART
NICOLE PARSONS COWART
 DEBTORS

## AFFIDAVIT

STATE OF ARIZONA:                 LOAN NO. 9900784880
COUNTY OF MARICOPA:

     BEFORE ME, the undersigned two witnesses and authority, a Notary Public in and for the above County and State, personally came and appeared Olivia Todd, who after being sworn by me did depose and say:

     1. That he/she is President for National Default Servicing Corporation by Virtue of authorized outsourcing agent for U.S. Bank, N.A. and that he/she is authorized to execute this affidavit.

     2. That Debtors have failed to remit the January, 2009 through April, 2009 post petition payments in the amount of $705.13 each, the May, 2009 post petition payment in the amount of $683.37, late charges in the amount of $28.21 each, totaling $3,159.94 within thirty (30) days of its due date, which also includes attorney fees in the amount of $200.00 and $685.00 in suspense deducted.

     3. Default having occurred as above stated in violation of the Adequate Protection Order attached as Exhibit "A" to the foregoing motion, U.S. BANK, N.A. has a right to obtain an order lifting the automatic stay so that it might begin foreclosure under the terms of its note and mortgage.

     SWORN TO AND SUBSCRIBED before me, Notary Public, on this the _6_ day of June, 2009.

WITNESSES:

NATIONAL DEFAULT SERVICING
CORPORATION BY VIRTUE
OF AUTHORIZED OUTSOURCING AGENT
FOR U.S. BANK, N.A.

BY: _____
Olivia Todd
TITLE: President

_____
NOTARY PUBLIC
My Commission Expires: 11-30-11

OFFICIAL SEAL
JANICE A. TRUJILLO
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Nov. 30, 2011

# The Boles Law Firm
### A PROFESSIONAL CORPORATION

WILLIAM R. BOLES, SR. (1927 - 2008)
JOE H. DIXON, JR.
WILLIAM R. BOLES, JR. *
JACOB S. EDWARDS

*Also Admitted in Colorado

1818 AVENUE OF AMERICA
MONROE, LOUISIANA 71201
TELEPHONE: 318.388.4050
Firm Web Site: www.boleslawfirm.com

Writer's Direct:
Telephone: 318.388.4050
Facsimile: 318.388.4055
Email: brandi.brewer@boleslawfirm.com

OF COUNSEL:
CHARLES H. RYAN

Mailing Address:
Post Office Box 2065
Monroe, Louisiana 71207-2065

3535 Canal Street
New Orleans, Louisiana 70130

May 13, 2009

**SENT CERTIFIED MAIL: 7009 0080 0001 5594 9915**
Aubrey Kip Wall, Esquire
855 North Blvd.
Baton Rouge, LA 70802

RE:  Scotty Dwain Cowart and
     Nicole Parsons Cowart
     Chapter 13 Bankruptcy No. 06-10637
     Middle District of Louisiana
     Loan No. 9900784880

Dear Mr. Wall:

Our firm represents U.S. Bank, N.A., in the above captioned bankruptcy matter. The debtors owe for the January, 2009 thru and including April, 2009 post petition mortgage payments in the amount of $705.13 each, late charges, and attorney fees and costs of $50.00.

The Adequate Protection Order language states that if the debtor does not make a payment within 30 days of the due date that we may proceed with an Affidavit of Default and lift the stay by Ex Parte Order after a 10 day notice of default is sent.

The amount to bring the account current through and including April, 2009 is $2,983.36. The May, 2009 mortgage payment of $683.37 is now due and payable. If funds are not received within ten (10) days from receipt of this letter an Affidavit of Default will be sent to the court for filing. Please notify your client of this matter. Certified funds must be sent directly to our office. If you have any

Sincerely yours,

THE BOLES LAW FIRM

Jacob S. Edwards

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery<br>5/18 |
| 1. Article Addressed to:<br>Aubrey Kyp Wall<br>855 North Blvd.<br>Baton Rouge, La. 70802 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 0080 0001 5594 9915 |
| PS Form 3811, February 2004 | Domestic Return Receipt 102595-02-M-1540 |

```
BNKH 9900784880         MMYY BANKRUPTCY HIST  CH 13  INV    05/04/09 16:56:34
SD COWART    DUE 07/01/08  PMT      705.13  TYPE F.H.A.
10825 BIG SUR DR            BATON ROUGE LA 70818
------------------------------* PF8 FOR MORE HIST *----------------PRO DRT ----
ACT    DATE      AMOUNT     DUE DATE

      05/06/08     705.13-  06/01/08   1 POST-PETITION PMT REVERSAL FROM MSP    +
      04/30/08                         EFF DATE 04/29/08
      04/30/08     705.13   05/01/08   1 POST-PETITION PMTS FROM SUSPENSE
      04/29/08     740.00              TO DEBTOR SUSPENSE                       +
      04/14/08     239.09   05/01/08   TO TRUSTEE SUSPE/033108/000000001200018
      04/14/08      15.89   04/01/08   TO TRUSTEE SUSPE/033108/000000001200019
      04/14/08                         EFF DATE 04/10/08
      04/14/08      99.00              TO DEBTOR SUSPENSE
      04/14/08     740.00   04/01/08   1 POST-PET PMTS/040108/000000000001012
      03/27/08                         EFFECTIVE DATE 03/17/08
      03/27/08     651.56   12/01/05   1 PRE-PETITION PMTS FROM SUSPENSE
      03/27/08     651.56-             PRE-PETITION DISTRIBUTION
      03/17/08     269.00   03/01/08   TO TRUSTEE SUSPE/022908/000000001193149
      03/17/08      25.89   02/01/08   TO TRUSTEE SUSPE/022908/000000001193150
      03/11/08                         EFF DATE 03/10/08
      03/11/08     641.00   03/01/08   1 POST-PETITION PMTS FROM SUSPENSE
```

```
BNKH 9900784880          MMYY BANKRUPTCY HIST  CH 13  INV   05/04/09 16:56:34
SD COWART     DUE 07/01/08  PMT    705.13   TYPE F.H.A.
10825 BIG SUR DR            BATON ROUGE LA 70818
-------------------------------* PF8 FOR MORE HIST *-----------------PRO DRT ----
ACT   DATE      AMOUNT    DUE DATE

      06/16/08   740.00              TO DEBTOR SUSPENSE                         +
      06/16/08    34.87-              FROM DEBTOR SUSPENSE                      +
      06/16/08             05/01/08  POST-PETITION DUE DT MOVE REVERSAL         +
      06/16/08   705.13- 06/01/08   1 POST-PETITION PMT REVERSAL FROM MSP       +
      06/16/08                       ****CHK #1033 $740.00 5/29/08 NSF****      *
      05/29/08                       EFF DATE 05/27/08
      05/29/08    34.87              TO DEBTOR SUSPENSE
      05/29/08   740.00  05/01/08   1 POST-PET PMTS/051008/000000000001033
      05/12/08   146.87  06/01/08   TO TRUSTEE SUSPE/043008/000000001207736
      05/09/08                       EFF DATE 04/29/08
      05/09/08   641.00  04/01/08   1 POST-PETITION PMTS FROM SUSPENSE
      05/06/08    99.00-             FROM DEBTOR SUSPENSE                       +
      05/06/08             04/01/08  POST-PETITION DUE DT MOVE REVERSAL         +
      05/06/08   641.00- 05/01/08   1 POST-PETITION PMT REVERSAL FROM MSP       +
      05/06/08   705.13              TO DEBTOR SUSPENSE                         +
      05/06/08             05/01/08  POST-PETITION DUE DT MOVE REVERSAL         +
```

```
BNKH 9900784880           MMYY BANKRUPTCY HIST  CH 13  INV    05/04/09 16:56:34
SD COWART     DUE 07/01/08 PMT        705.13 TYPE F.H.A.
10825 BIG SUR DR             BATON ROUGE LA 70818
------------------------------* PF8 FOR MORE HIST *-----------------PRO DRT ----
ACT   DATE        AMOUNT    DUE DATE

      08/19/08      56.42              PD LC FRM DT SUSP*JUNE AND JULY POST*    *
      08/19/08                         EFF DATE 08/18/08
      08/19/08    1466.68   06/01/08   2 POST-PETITION PMTS FROM SUSPENSE
      08/18/08                         ADJUST DEBTOR SUSPENSE     1,221.36    +
      08/18/08    1280.18              TO DEBTOR SUSPENSE                     +
      08/18/08     263.77   11/01/08   TO TRUSTEE SUSPE/073108/000000001232229
      08/18/08      31.55   10/01/08   TO TRUSTEE SUSPE/073108/000000001232230
      07/14/08     211.02   09/01/08   TO TRUSTEE SUSPE/063008/000000001224189
      06/30/08                         EFFECTIVE DATE 06/30/08
      06/30/08      26.06              PRE-PETITION LATE CHARGES
      06/30/08     651.56   01/01/06   1 PRE-PETITION PMTS FROM SUSPENSE
      06/30/08     677.62-             PRE-PETITION DISTRIBUTION
      06/17/08     263.76   08/01/08   TO TRUSTEE SUSPE/053008/000000001215941
      06/17/08      27.29   07/01/08   TO TRUSTEE SUSPE/053008/000000001215942
      06/17/08                         EFF DATE 06/16/08
      06/17/08     705.13   05/01/08   1 POST-PETITION PMTS FROM SUSPENSE
```

GG205@DT-GJGNXC1-745                                          May 4, 2009 1:57:05 PM

```
BNKH 9900784880        MMYY BANKRUPTCY HIST  CH 13  INV    05/04/09 16:56:34
SD COWART    DUE 07/01/08 PMT      705.13  TYPE F.H.A.
10825 BIG SUR DR        BATON ROUGE LA 70818
------------------------------* PF8 FOR MORE HIST *----------------PRO DRT ----
ACT    DATE      AMOUNT    DUE DATE

      11/21/08     50.00              ATTY FEES BKTCY
      11/21/08     50.00-             POST-PETITION PLAN 1 DISTRIBUTION
      11/14/08     17.70   05/01/09   TO TRUSTEE SUSPE/103108/000000001255424
      11/14/08    266.37   04/01/09   TO TRUSTEE SUSPE/103108/000000001255423   *
      11/05/08     50.00              FRM DT SUSP TO PLN 1*NOD ISSUED 10-23     *
      11/04/08     84.63              PD TO LC'S (AUG-OCT
      11/04/08                        EFF DATE 11/03/08
      11/04/08   2200.02   08/01/08   3 POST-PETITION PMTS FROM SUSPENSE
      11/03/08   2250.02              TO DEBTOR SUSPENSE                        +
      10/22/08    227.74   03/01/09   TO TRUSTEE SUSPE/093008/000000001247801
      10/22/08     15.14   02/01/09   TO TRUSTEE SUSPE/093008/000000001247802
      09/22/08     50.00              ATTY FEES BKTCY
      09/22/08     50.00-             POST-PETITION PLAN 2 DISTRIBUTION
      09/22/08     50.00              FRM DT SUSP TO PLN 2 PER NDSC*NOD 8-1-08 *
      09/19/08    227.74   01/01/09   TO TRUSTEE SUSPE/082908/000000001240013
      09/19/08     15.14   12/01/08   TO TRUSTEE SUSPE/082908/000000001240014
```

```
BNKH 9900784880          MMYY BANKRUPTCY HIST  CH 13  INV    05/04/09 16:56:34
SD COWART     DUE 07/01/08  PMT     705.13  TYPE F.H.A.
10825 BIG SUR DR         BATON ROUGE LA 70818
--------------------------------* PF8 FOR MORE HIST *------------------PRO DRT ----
ACT    DATE      AMOUNT     DUE DATE

       01/27/09   466.68-              FROM DEBTOR SUSPENSE
       01/27/09  1000.00    11/01/08   2 POST-PET PMTS/011609/000016654271286
       01/27/09                        EFF DATE 01/27/09
       01/27/09   516.68               TO DEBTOR SUSPENSE
       01/27/09   516.68    11/01/08   POST-PET RECEIPT/011609/000016654271297
       01/14/09   705.00-              FRM DT SUSP*REFUNDED TO MRTGR*          *
       01/12/09   705.00               TO DEBTOR SUSPENSE                      +
       01/07/09   705.00-              FRM DT SUSP*REFUNDED TO MTGR            *
       01/06/09   705.00               TO DEBTOR SUSPENSE                      +
       12/22/08   213.11    06/01/09   TO TRUSTEE SUSPE/112808/000000001262915
       12/04/08    77.13               ATTY FEES BKTCY
       12/04/08    77.13-              PRE-PETITION DISTRIBUTION
       12/04/08                        EFFECTIVE DATE 11/14/08
       12/04/08    52.12               PRE-PETITION LATE CHARGES
       12/04/08  1303.12    02/01/06   2 PRE-PETITION PMT'S FROM SUSPENSE
       12/04/08  1355.24-              PRE-PETITION DISTRIBUTION
```

GG205@DT-GJGNXC1-745                               May 4, 2009 1:57:37 PM

```
BNKH 9900784880        MMYY BANKRUPTCY HIST  CH 13   INV    05/04/09 16:56:34
SD COWART     DUE 07/01/08  PMT      705.13  TYPE F.H.A.
10825 BIG SUR DR            BATON ROUGE LA 70818
--------------------------------* PF8 FOR MORE HIST *----------------PRO DRT ----
ACT    DATE       AMOUNT      DUE DATE

       04/16/09                          EFFECTIVE DATE 04/15/09
       04/16/09       26.06              PRE-PETITION LATE CHARGES
       04/16/09      651.56   04/01/06   1 PRE-PETITION PMTS FROM SUSPENSE
       04/16/09      677.62-             PRE-PETITION DISTRIBUTION
       04/15/09      213.11   01/01/10   TO TRUSTEE SUSPE/033109/000000001293599
       04/15/09       28.33   12/01/09   TO TRUSTEE SUSPE/033109/000000001293600
       03/17/09      213.10   11/01/09   TO TRUSTEE SUSPE/022709/000000001285480
       02/19/09      266.37   10/01/09   TO TRUSTEE SUSPE/013009/000000001278284
       02/19/09       17.70   09/01/09   TO TRUSTEE SUSPE/013009/000000001278285
       02/11/09      213.10   08/01/09   TO TRUSTEE SUSPE/123008/000000001270437
       02/11/09       28.33   07/01/09   TO TRUSTEE SUSPE/123009/000000001270438
       02/11/09       50.00              ATTY FEES BKTCY
       02/11/09       50.00-             POST-PETITION PLAN 1 DISTRIBUTION
       02/03/09       50.00              FRM DT SUSP TO PLN 1*NOD 12-24-08       *
       01/27/09       56.42              PD TO LC'S (NOV-DEC)                    *
       01/27/09                          EFF DATE 01/27/09
```